UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIPHANI NI, (aka PING NI),<br><br>        Plaintiff,<br><br>vs.<br><br>ROYAL BUSINESS BANK OF LOS ANGELES, a California corporation as successor in interest to FIRST ASIAN BANK OF LOS VEGAS, a Nevada corporation; and JOHN TSAI, an individual,<br><br>        Defendants. | CASE NO. CV 13-00605-R (JCx)<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Action Filed:  January 28, 2013<br>Trial Date:     None Set |

      On May 6, 2013, this Court granted the Motion of Defendant Royal Business Bank, erroneously sued as Royal Business Bank of Los Angeles, to Dismiss Plaintiff Tiphani Ni's Complaint in its entirety as to Royal Business Bank, with prejudice. [See Doc. No. 18].

      Accordingly, it is adjudged and decreed as follows:

      Judgment is entered in favor of Defendant Royal Business Bank and against Plaintiff Tiphani Ni on Plaintiff's Complaint.

      Defendant Royal Business Bank is hereby dismissed from this action.

      Defendant Royal Business Bank is entitled to costs incurred in an amount to

1 | be determined by the Court.

3 | DATED:  May 13, 2013

_____
HON. MANUEL L. REAL

# FEDERAL COURT PROOF OF SERVICE

Tiphani Ni v. Royal Business Bank, et al. - File No. 27164.244

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 10, I served the following document(s): **[PROPOSED] JUDGMENT OF DISMISSAL.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Law Office of Thomas K. Bourke* | Ph: (213) 623-1092 |
| Thomas K. Bourke | Fax: (213) 623-5325 |
| 601 West Fifth Street, 8th Floor | E-mail: talltom2@aol.com |
| Los Angeles, CA 90071-2094 | Attorneys for Plaintiff TIPHANI NI |

John Tsai**
1318 South Garrett Avenue
Anaheim, CA 92804-4818

The documents were served by the following means:

☒* (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

☒** (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 10, 2013, at Los Angeles, California.

\_\_//S//_____
Lupe Mireles