LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke (SBN 56333)
Talltom2@aol.com
601 West Fifth Street, Eighth Floor
Los Angeles, CA 90071-2094
Telephone: (213) 623-1092
Facsimile: (213) 623-5325

Attorney for Plaintiff Tiphani Ni.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIPHANI NI (aka PING NI), | CASE NO. CV 13-00605-R (JCx) |
| Plaintiff, | **JUDGMENT AGAINST DEFENDANT JOHN TSAI** |
| vs. | |
| ROYAL BUSINESS BANK OF LOS ANGELES, a California corporation as successor in interest to FIRST ASIAN BANK OF LOS VEGAS, a Nevada corporation; and JOHN TSAI, an individual, | Honorable Manuel L. Real |
| Defendants. | |

On October 7, 2012 this Court granted the Motion of Plaintiff Tiphani for default judgment against Defendant John Tsai. Accordingly, it is adjudged and decreed as follows:

Judgment is granted in favor of Plaintiff Tiphani Ni against Defendant John Tsai.

Plaintiff is entitled to Judgment in the following amounts:

$187,000 in damages for economic loss, plus 10% prejudgment interest from April 30, 2011 in the amount of $45,648.49;

$187,000 in damages for emotional distress suffered by Plaintiff;

     $774,000 in treble damages under Cal. Penal Code §496(c); and

     $28,748 in reasonable attorneys' fees under Cal. Penal Code § 496(c).

     The total Judgment awarded against Defendant John Tsai to Plaintiff Tiphani Ni is $1,222,396.49.

     IT IS SO ORDERED.

DATE:_January 9, 2014_                 _____
                                          HONORABLE MANUEL L. REAL
                                          U.S. DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOHN TSAI