LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke (SBN 56333)
Talltom2@aol.com
413 N. Ingleside Dr.
Manhattan Beach, CA 90266
Telephone: (213) 700-3606

Attorneys for Plaintiff Tiphani Ni.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIPHANI NI (aka PING NI),<br><br>         Plaintiff,<br><br>    vs.<br><br>ROYAL BUSINESS BANK OF LOS ANGELES, a California corporation as successor in interest to FIRST ASIAN BANK OF LOS VEGAS, a Nevada corporation; and JOHN TSAI, an individual,<br><br>         Defendants. | CASE NO.  CV13-00605-R (JCx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br>.<br><br>Complaint Filed:    01/28/13<br>Courtroom:           750<br>Judge:                   Jacqueline Chooljian, referral |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore, Judgment in favor of Plaintiff, Tiphani Ni, and against Defendant, John Tsai, entered on January 9, 2014, is hereby renewed for 10-years in the amounts as set forth below:

Renewal of money judgment:
```
a.  Total Judgment                                              $1,222,396.49
b.  Costs after Judgment                                        $0.00
c.  Subtotal (add a and b)                                      $1,222,396,49
d.  Credits after Judgment                                      $0.00
e.  Subtotal (subtract d from c)                                $1,222,396.49
f.  Interest after Judgment (rate of 0.13% per annum)           $4,345.88
g.  Fee for filing renewal application                          $ 00.00
h.  Total renewed Judgment (add e, f and g)                     $1,226,742.37
```

Date: January 9, 2024                              Clerk, by: *Sharon Hall Brown*
                                                                     Deputy

–1–
[PROPOSED] Renewal of Judgment